**Raphael MENDEZ, Petitioner— Appellant,**

v.

**UNITED STATES of America; Butner Federal Medical Center, Respondents—Appellees.**

No. 05–6239.

United States Court of Appeals, Fourth Circuit.

Submitted: April 14, 2005.

Decided: April 21, 2005.

Raphael Mendez, Appellant pro se.

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Raphael Mendez appeals a district court order and judgment denying his petition for writ of habeas corpus filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and the district court's order and affirm for the reasons stated by the district court. *See Mendez v. United States,* CA–04–90 (E.D.N.C. Jan. 4, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*